** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| September 15, 2022 at 10:18:45 AM EDT | Fax Services | 137 | 5 | Received |

Case 2:22-cv-03174-MRP   Document 7   Filed 09/15/22   Page 1 of 5

🕐 09/15/2022 10:16 AM ET     Fax Services     →2672997368     pg 1 of 5

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel. 215.665.8500
Fax. 215.864.8999
www.ballardspahr.com

## PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT | FAX NO. |
|---|---|
| 2672997368 | 12672997368 |

**From:** Swanson, Stephanie

**Date:** 09/15/2022 10:16 AM ET

**Matter:** Fax to Judge Younge

*If you do not receive all the pages, please call 215.665.8500.*

Enclosed please find a Stipulation for Judge Younge. Thank you.

**Stephanie E. Swanson**
*Legal Administrative Assistant*

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8791 DIRECT
215.864.8999 FAX

swansons@ballardspahr.com
VCARD

www.ballardspahr.com

**PLEASE NOTE**

The information contained in this facsimile message is privileged and confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received the communication in error, or if any problems occur with transmission, please notify us immediately by telephone. Thank you.

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

## FAX TRANSMISSION

**DATE** September 15, 2022

| RECIPIENT | COMPANY | FAX | TEL |
|---|---|---|---|
| Honorable John Milton Younge | US District Court for the Eastern District of Pennsylvania | 267-299-7368 | |

| SENDER | EMAIL | FAX | TEL |
|---|---|---|---|
| Meredith Swartz Dante | dantem@ballardspahr.com | 215.864.8999 | 215.864.8132 |

**MATTER** 00391963

**TOTAL NO. OF PAGES, INCLUDING THIS PAGE** 4

If you do not receive all pages, please call 215.665.8500.

**MESSAGE**

Attached please find a Stipulation for Extension of Time for Defendant to Answer or Otherwise Respond to Plaintiffs' Complaint

PLEASE NOTE

The information contained in this facsimile message is privileged and confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received the communication in error, or if any problems occur with transmission, please notify us immediately by telephone. Thank you.

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Meredith Swartz Dante
Tel: 215.864.8132
Fax: 215.864.8999
dantem@ballardspahr.com

September 15, 2022

*Via Facsimile*

Honorable John Milton Younge
U.S. District Court for the Eastern District of Pennsylvania
4007 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *Toni Lee Cavanagh, Esquire, Denise McCrae, Esquire, Nicholena Rushton, Esquire v. County of Delaware*; Civil Action No. 2:22-cv-03174-JMY

Dear Judge Younge:

This firm represents Defendant County of Delaware ("Defendant") in the above-referenced action. I am enclosing a stipulation for the Court's consideration between all parties to the action extending the time for Defendant to answer or otherwise respond to Plaintiffs' Complaint to November 1, 2022.

This is the first extension of time sought to respond to Plaintiffs' Complaint.

Thank you for your courtesy and consideration.

Respectfully submitted,

*/s/ Meredith S. Dante*

Meredith S. Dante
MSD/jks

cc:   Elizabeth K. McManus (via email)
      Marc E. Weinstein (via email)
      Vincent J. Pentima (via email)

Enclosure

DMFIRM #404841574 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TONI LEE CAVANAGH, ESQUIRE,**<br>**DENISE McCRAE, ESQUIRE,**<br>**NICHOLENA RUSHTON, ESQUIRE,**<br>Individuals, by and on behalf of<br>themselves and all persons similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>**COUNTY OF DELAWARE,**<br><br>    Defendant. | CIVIL ACTION NO.:<br>2:22-CV-03174-JMY |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

   WHEREAS, Plaintiffs Toni Lee Cavanagh, Esq., Denise McCrae, Esq., and Nicholena Rushton, Esq. (collectively, the "Plaintiffs") served their Complaint on Defendant County of Delaware ("Defendant") on September 1, 2022;

   WHEREAS Defendant's response to Plaintiffs' Complaint is due on September 22, 2022;

   NOW, THEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, the parties, by their respective counsel, hereby stipulate and agree that the time within which Defendant must answer, move or otherwise respond to the Complaint in the above-captioned matter shall be extended to November 1, 2022.  No prior extension has been sought or granted.

DMFIRM #404841569 v1

Dated: September 15, 2022

| | |
|---|---|
| *For Plaintiffs:* | *For Defendant:* |
| **WEINSTEIN LAW FIRM, LLC** | /s/*Meredith S. Dante* |
| | Meredith S. Dante (ID No. 209119) |
| /s/*Marc E. Weinstein* | Elizabeth K. McManus (ID No. 210274) |
| Marc E. Weinstein | dantem@ballardspahr.com |
| Identification No. 79474 | mcmanuse@ballardspahr.com |
| 500 Office Center Drive, Suite 400 | **BALLARD SPAHR LLP** |
| Fort Washington, PA 19034 | 1735 Market Street, 51st Floor |
| 267.513.1942 (tel) | Philadelphia, PA 19103-7599 |
| marc@meweinsteinlaw.com | Telephone: 215.665.8500 |
| | Facsimile: 215.864.8999 |
| and | |
| | *Attorneys for Defendant County of Delaware* |
| **PENTIMA LAW FIRM, PLLC** | |

/s/*Vincent J. Pentima*
Vincent J. Pentima
Identification No. 18523
507 Jennifer Drive
Dresher, PA 19025
267.670.2796 (tel)
vjp@pentimalaw.com

*Attorneys for Plaintiffs*

SO ORDERED:

_____

                      Younge, J.