IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TONI LEE CAVANAGH, ESQUIRE, DENISE McCRAE, ESQUIRE, NICHOLENA RUSHTON, ESQUIRE,** Individuals, by and on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF DELAWARE,**<br><br>Defendant. | CIVIL ACTION NO.:<br>2:22-CV-03174-JMY |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

WHEREAS, Plaintiffs Toni Lee Cavanagh, Esq., Denise McCrae, Esq., and Nicholena Rushton, Esq. (collectively, the "Plaintiffs") served their Complaint on Defendant County of Delaware ("Defendant") on September 1, 2022;

WHEREAS Defendant's response to Plaintiffs' Complaint is due on September 22, 2022;

NOW, THEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, the parties, by their respective counsel, hereby stipulate and agree that the time within which Defendant must answer, move or otherwise respond to the Complaint in the above-captioned matter shall be extended to November 1, 2022.  No prior extension has been sought or granted.

Dated: September 15, 2022

| | |
|---|---|
| *For Plaintiffs:* | *For Defendant:* |
| **WEINSTEIN LAW F1RM, LLC** | */s/ Meredith S. Dante* <br> Meredith S. Dante (ID No. 209119) |
| */s/ Marc E. Weinstein* <br> Marc E. Weinstein <br> Identification No. 79474 <br> 500 Office Center Drive, Suite 400 <br> Fort Washington, PA 19034 <br> 267.513.1942 (tel) <br> marc@Dmeweinsteinlaw.com | Elizabeth K. McManus (ID No. 210274) <br> dantem@ballardspahr.com <br> mcmanuse@i)ballardspahr.com <br> **BALLARD SPAHR LLP** <br> 1735 Market Street, 51st Floor <br> Philadelphia, PA  19103-7599 <br> Telephone: 215.665.8500 <br> Facsimile: 215.864.8999 |
| and | *Attorneys for Defendant County of Delaware* |
| **PENTIMA LAW F1RM, PLLC** | |
| */s/ Vincent J  Pentima* <br> Vincent J. Pentima <br> Identification No. 18523 <br> 507 Jennifer Drive <br> Dresher, PA 19025 <br> 267.670.2796  (tel) <br> vjp@i)pentimalaw.com | |
| *Attorneys for Plaintiffs* | |

SO ORDERED:

  /s/ *John Milton Younge*
_____

John Milton Younge, J.