IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAVANAGH, et al** | : | |
| | : | **CIVIL ACTION** |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| **COUNTY OF DELAWARE** | : | **NO. 22-3174** |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 6th day of October, 2023, in consideration of Defendant's Motion to Dismiss (ECF No. 10), Plaintiff's Response in Opposition (ECF No. 13), and Defendant's Reply (ECF No. 17), it is ORDERED that Defendant's motion is GRANTED in part and DENIED in part. It is hereby ORDERED as follows:

1. Defendant's motion to dismiss regarding Plaintiff's non-pay related discriminatory acts is DENIED.

2. Defendant's motion to dismiss regarding Plaintiff's demand for damages for their pay-related claims that accrued prior to August 9, 2019 is DENIED.

3. Plaintiff's Pennsylvania Equal Payment Law Claim under Count Two of Plaintiff's Complaint is DISMISSED by agreement of the Parties.

4. Plaintiff's demands for punitive damages asserted under Counts Two, Three, and Four of the Complaint are DISMISSED by agreement of the Parties.

BY THE COURT:

Hon. Mia R. Perez